Matter of Sajetta v Litman (2025 NY Slip Op 06138)

Matter of Sajetta v Litman

2025 NY Slip Op 06138

Decided on November 06, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 06, 2025

Before: Manzanet-Daniels, J.P., Kennedy, Pitt-Burke, Rosado, Chan, JJ. 

Index No. 100578/24|Appeal No. 5143|Case No. 2025-05185|

[*1]In the Matter of Anjelu Sajetta, Petitioner, 
v
Hon. Sara Litman, etc., et al., Respondents.

Anjelu Sajetta, petitioner pro se.
Alvin L. Bragg, District Attorney, New York (Brent Yarnell of counsel), for The People of the State of New York, respondent.
Letitia James, Attorney General, New York (Charles F. Sanders of counsel), for Hon. Sara Litman, respondent.

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 6, 2025